ORIGINAL

8 34336

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

———————— District of Hawaii ————————

UNITED STATES OF AMERICA

V.

RONALD AUWAE

(Name and Address of Defendant)

## WARRANT FOR ARREST

Case Number: CR 00-00195HG-02

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

apr 1 2 2007

at ___ o'clock and ___ Min. AM
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST RONALD AUWAE and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED.

RECEIVED
2007 FEB 12 PM 1:10
U.S. MARSHALS SERVICE
HONOLULU, HI.

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |

| | FEBRUARY 12, 2007 at Honolulu, Hawaii |
|---|---|
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL WARRANT    By: Helen Gillmor, Chief United States District Judge

SEALED
BY ORDER OF THE COURT

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . | | |
| Date Received 4/10/07 | NAME AND TITLE OF ARRESTING OFFICER *Anthy Cole* *DUSM* | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 4/10/07 | | |