# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 13, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00195HG-002 |
| CASE NAME: | UNITED STATES OF AMERICA v. (02) RONALD AUWAE |
| ATTYS FOR PLA: | Chris A. Thomas, AUSA |
| ATTYS FOR DEFT: | (02) Pamela J. Byrne, AFPD |
| INTERPRETER: | Lisa K.T. Jicha |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia T. Fazio |
| DATE: | April 13, 2007 | TIME: | 2:30 - 2:45 |

COURT ACTION:   ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (02) RONALD AUWAE -

The defendant is present in custody.

Financial Affidavit filled out.  The Court finds that the defendant is indigent and appoints the Federal Public Defender's Office to represent him.

On March 5, 2004, the defendant admitted to Violation Nos. 1, 2, 3, 4, 5, and 6, and on April 5, 2004, the Court accepted the defendant's admissions.

The defendant admitted to Violation Nos. 7, 9, 10, and 11.
The defendant asserts his Fifth Amendment Right to Violation No. 8.
The Court finds that this is a Grade C Violation, Criminal History Category I.

Supervised release is revoked.

    ADJUDGED: Impr of 11 MONTHS.

    SUPERVISED RELEASE: 12 MONTHS upon the following conditions:

1.   That the defendant shall abide by the standard conditions of supervision.

2.  That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.  That the defendant not possess illegal controlled substances (mandatory condition).

4.  That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision.

5.  That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6.  That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7.  That the defendant provide the Probation Office access to any requested financial information.

8.  That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

9.  That the defendant participate in a Residential Reentry Center program such as Mahoney Hale for a period not to exceed 180 days, or until otherwise released, at the discretion and direction of the Probation Office.

10. Defendant shall attend an anger management course.

Advised of rights to appeal the sentence, etc.

   Submitted by: Mary Rose Feria, Courtroom Manager