# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 3, 2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 00-00195HG-002

CASE NAME:        UNITED STATES OF AMERICA v. (02) RONALD AUWAE

ATTYS FOR PLA:    Chris A. Thomas, AUSA

ATTYS FOR DEFT:   (02) Pamela J. Byrne, AFPD

JUDGE:   Helen Gillmor            REPORTER:

DATE:    May 3, 2007              TIME:

## MINUTE ORDER

The Court points out that it is in receipt of a letter dated April 26, 2007 from Mr. Ronald Auwae.  The defendant is represented by Assistant Federal Public Defender Pamela J. Bryne.  This letter, attached herein, titled as "Motion for Reconsideration of Sentencing on April 13, 2007" will not be filed as a pleading but instead as a letter.  The letter will be forwarded to his counsel and the Assistant United States Attorney for action.

IT IS SO ORDERED.

attachment

Submitted by: Mary Rose Feria, Courtroom Manager

cc:   Chris A. Thomas, AUSA
      Pamela J. Byrne, AFPD
      Chambers of Chief Judge Gillmor