TO: COURT CLERK
FROM: RONALD K AUWAE JR 87638-022
CR NO-00-00-00195 HG-02
DATE: APRIL 26, 2007
SUBJECT: MOTION FOR RECONSIDERATION OF SENTENCING ON APRIL 13, 2007

1) I WOULD GREATLY APPRECIATE A STAMPED COPY OF THIS MOTION FOR MY PERSONAL RECORDS.

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 03 2007
DISTRICT OF HAWAII

THANK YOU

RONALD K AUWAE JR

TO: HONORABLE CHIEF JUDGE HELEN GILMORE
FROM: RONALD K. AUWAE JR # 87638-022
      CR. NO- 00-00195 HG-02
DATE: APRIL 26, 2007
SUBJECT: MOTION FOR RECONSIDERATION OF
         SENTENCING ON APRIL 13, 2007

YOUR HONOR I AM ASKING FOR A CONSIDERATION IN REGARDS TO YOUR HONORS SENTENCING OF ELEVEN-11 MONTHS INCARCERATION AT FDC HONOLULU SIX-6 MONTHS CONFINEMENT AT T.J. MAHONEY HALFWAY HOUSE IN HONOLULU HAWAII, AND AN ADDITIONAL 12-TWELVE MONTHS SUPERVISED RELEASED DUE TO THE FOLLOWING REASONS:

1) SUPERVISE RELEASE OF 5 YEARS:
I BEGAN MY SUPERVISOR ON DECEMBER 20TH, 2002 AND HAVE COMPLETED APPROXIMATELY FOUR-4 YEARS AND TWO-2 MONTHS. THUS HAVING TEN-10 MONTHS REMAINS FOR THE MOST PART I HAVE TRIED TO COMPLY WITH THE SPECIAL CONDITIONS THAT THE COURTS SANCTIONED:

1) COMPLETION OF HO'OMAU KEOLA
2) KAISER PERMANANTE OUTPATIENT PROGRAM
3) (DASH) DRUG ADDICTION SERVICES HAWAII COLOR CODE PROGRAM.
IN ALL CASES COMPLETING WITH CLINICAL DISCHARGES. YOUR HONOR I HAVE YET ADDRESSED

THE PROBLEM ABOUT MY EXPERIES I HAD IN DESERT STORM/DESERT SHIELD, WHILE SERVING 4 YEARS IN THE U.S MARINE CORPS AT THE AGE OF 17 to 21 FROM 1990-1994. I UNDERSTAND THAT RUNNING TO DRUGS TO AVOID THESE EXPERIENCES I HAD DURING LIVE COMBAT IS NO EXCUSE YOUR HONOR, I AM NOT TRYING TO USE THIS AS A COP OUT BECAUSE PROBATION OFFICER LISA JITCHA HAS GONE OUT OF HER WAY TO HELP AND I THANK HER VERY MUCH FOR THAT BUT IN THE PAST YEAR OR SO WE DID NOT HAVE ANY CONTACT. AN SO BEING THE ADDICT THAT I AM I LOST FOCUS IN WHAT WAS IMPORTANT TO ME SUCH AS MY FAMILY, FREEDOM, FRIENDS AND JOB...

2) ACCEPTANCE OF RESPONSIBILITY
I DO TAKE RESPONSIBILITY FOR THE VARIOUS VIOLATIONS OF MY PROBATION. AND AS YOU CAN SEE YOUR HONOR ITS REPTITIOUS, I TEND TO LOOSE FOCUS AND GO OFF COURSE AN SLIP, BUT MY SLIPS ARE GETTING TO BE FEW AND FAR BETWEEN. YOUR HONOR AS MUCH AS YOU DONT WANT TO SEE ME IN YOUR COURTROOM I DONT WANT TO BE HERE.

3) HAWAIIAN HOME LAND AWARD:
YOUR HONOR I DONT KNOW IF YOU OR THE COURTS ARE AWARE, BUT IN JAN 2006 I WAS AWARDED A LOT FROM HAWAIIAN HOMES IN PANAEWA/HILO, HI

BY SECURING A HOME LOAN THRU VETERANS ASISTANCE, A VA LOAN FOR APPROXIMATELY 106,000 DOLLARS. A PROUD MOMENT IN MY LIFE BECAUSE IN PREVIOUS ATTEMPTS I COULDNT EVEN GET A CAR LOAN WITHOUT A CO-SIGNER. MY HOME SHOULD BE COMPLETE BY NOVEMBER OF 2007 BY WHICH I'LL BE HAVING MY FIRST MORTGAGE PAYMENT OF 644.00 A MONTH STARTING ON NOVEMBER 5TH 2007 AND LASTING 30 YEARS.

YOUR HONOR THIS IS A REALLY BIG ACOMPLISHMENT FOR ME AND MY TWO YOUNGEST KIDS WHO CANNOT GET HAWAIIAN HOMES. I AM CURRENTLY SLEEPING ON THE COUCH AND ON THE GROUND IN MY LIVING ROOM OF MY 1 BEDROOM APARTMENT THAT WE RENT. I AM AFRAID THAT THE SENTENCE THAT YOUR HONOR HAS IMPOSED MIGHT TAKE AWAY MY HOME.

4) YOUR HONOR I BELEIVE THAT I DO BELONG IN HERE IMPRISONED FOR 9 MONTHS AN IT'S WELL DESERVED. ITS THE 180 DAYS AT TJ MAHONEY THATS HARD TO SWALLOW OR ACCEPT. IF POSSIBLE YOUR HONOR I HUMBLY ASK TO HAVE IMPOSED A SENTENCE OF HOME CONFINEMENT SO I CAN WORK AND HELP WITH THE KIDS IN HILO RATHER THAN IN HONOLULU. MY FIANCE WONT BE ABLE TO AFFORD MORTGAGE PAYMENTS ON HER OWN. SHE HAS TWO SEMESTERS LEFT OF SCHOOLING IN THE NURSING PROGRAM AT HILO COMMUNITY COLLEDGE. I WOULD ALSO GLADLY

ACCEPT 24 MORE MONTHS OF SUPERVISED RELEASE V.S THE 12 MONTHS YOUR HONOR HAS GIVEN ME. ALSO YOUR HONOR I WILL BE MORE THAN HAPPY TO ATTEND THE ALTERNATIVE TO VIOLENCE PROGRAM IN HILO. IT WILL ALSO GIVE MY PROBATION OFFICER TIME TO SECURE SOME TYPE OF TREATMENT THRU THE VETRANS AFFAIRS (V.A)

5) I HOPE THAT YOU FIND THIS LETTER/REQUEST TO BE REASONABLE YOUR HONOR, BECAUSE I DO FIND WHAT HAPPENS TO MY LOVED ONES & ME.

RESPECTFULLY SUBMITTED
WITH BEST REGARDS AND
THE PUREST INTENTIONS

*[signature]*

RONALD K ALIWAE JR