Name: Ronald Nunne
Number: #87638-022
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

HONOLULU HI 968
01 MAY 2007 PM 2 T

To: Honorable Chief (Judge) Helen Gillmor
District Court of Hawai'i
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai'i 96850

LEGAL MAIL - SPECIAL MAIL

FEDERAL DETENTION CENTER
P.O. BOX 130030
HONOLULU, HI 96819
DATE: 30 APR AM
"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.