ORIGINAL

LODGED

JAY T. KIMURA 2497
Prosecuting Attorney

JEFFERSON R. MALATE 7648
Deputy Prosecuting Attorney
County of Hawaii
34 Rainbow Drive
Hilo, Hawaii 96720

Tel No.: 961-0466

Attorneys for State of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 18 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>RONALD AUWAE, JR., )<br>)<br>)<br>)<br>Defendant. )<br>_____ ) | CR. NO. 07-00169 JMS<br><br>APPLICATION AND ORDER REGARDING TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM; EXHIBITS "A" and "B"; AND ORDER |

APPLICATION AND ORDER REGARDING TEMPORARY
TRANSFER OF CUSTODY TO THE STATE OF HAWAII
REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

JEFFERSON R. MALATE, Deputy Prosecuting Attorney for the County and State of Hawaii, hereby moves the Honorable Court for an Order authorizing the temporary transfer of custody of RONALD AUWAE, JR., from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials for hearing on June 27, 2007.

MSM/WRIT/AUWAE, R

Defendant RONALD AUWAE, JR. is now detained in the custody of the United States Marshal Service, District of Hawaii, pending movement to Bureau of Prisons.

Defendant RONALD AUWAE, JR. has plea hearing before the Honorable Presiding Judge of the Family Court of the Third Circuit, State of Hawaii, under FC-CR NO. 07-1-0027, currently scheduled for June 27, 2007, at 8:30 a.m.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney handling the above matter. (See, Exhibit "A")

This Application requests that the Court grant a temporary transfer of custody from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Petition for Writ of Habeas Corpus Ad Prosequendum filed on May 10, 2007, filed under FC-CR NO. 07-1-0027, in the Family Court of the Third Circuit, State of Hawaii. (See Exhibit "B")

Upon completion of said hearing, Defendant RONALD AUWAE, JR. will be returned to the United States Marshal Service, District of Hawaii, that same day or as soon as possible thereafter.

DATED: Hilo, Hawaii, MAY 1 4 2007

By JAY T. KIMURA
Prosecuting Attorney

By_____
JEFFERSON R. MALATE
Deputy Prosecuting Attorney
County of Hawai'i

MSM/WRIT/AUWAE, R