

**JAY T. KIMURA**
PROSECUTING ATTORNEY

**CHARLENE Y. IBOSHI**
FIRST DEPUTY
PROSECUTING ATTORNEY



54 RAINBOW DRIVE
HILO, HAWAI'I 96720
PH: 961-0466
FAX: 961-8908
934-3403
934-3903

WEST HAWAI'I UNIT
81-980 HALEKI'I ST, SUITE 150
KEALAKEKUA, HAWAI'I 96750
PH: 322-2552
FAX: 322-6584

## OFFICE OF THE PROSECUTING ATTORNEY

May 3, 2007

Cris Thomas
U.S. Attorney's Office
PJKK Federal Building, Room 6-100
300 Ala Moana Blvd., Box 50183
Honolulu, HI 96850

| OPTIONAL FORM 99 (7-90) | | |
|---|---|---|
| **FAX TRANSMITTAL** | | # of pages ▸  1 |
| To JEFFERSON MALATE | From CHRIS THOMAS | |
| Dept./Agency | Phone # 808- 541-2850 | |
| Fax # 808-934-3403 | Fax # | |
| NSN 7540-01-317-7368 | 5099-101 | GENERAL SERVICES ADMINISTRATION |

Dear Mr. Thomas:

Re:  State of Hawaii v. RONALD AUWAE, JR., FCCR07-1-0027

I understand the above-named individual is currently in the custody of the federal government.  The State of Hawaii has a pending case involving the same individual in the Family Court of the Third Circuit and would like your approval to take custody of this person on June 27, 2007.  The State of Hawaii will retain custody of the Defendant until final disposition of the above-mentioned case.  Defendant will be returned to the custody of the U.S. Marshal on a mutually agreed upon date.

Please sign below if you agree to this request and FAX a copy of this letter to me, FAX No. 934-3403.  Our office will then file a writ of habeas corpus ad prosequendum.

Thank you for your cooperation in this matter.

Sincerely,

JEFFERSON R. MALATE
Deputy Prosecuting Attorney

APPROVED:

CRIS THOMAS
Assistant United States Attorney

*NR IS*

EXHIBIT A