COPY

FILED

JAY T. KIMURA 2497
Prosecuting Attorney

2007 MAY 10 PM 3: 34

JEFFERSON R. MALATE 7648
Deputy Prosecuting Attorney
County of Hawai'i
34 Rainbow Drive
Hilo, HI 96720

S. MURAHARA, CLERK
FAMILY COURT 3RD CIRCUIT
STATE OF HAWAII

Tel. No. 961-0466

Attorneys for State of Hawai'i

IN THE FAMILY COURT OF THE THIRD CIRCUIT

STATE OF HAWAI'I

| | | |
|---|---|---|
| STATE OF HAWAI'I | ) | FC-CR NO. 07-1-0027 |
| | ) | |
| vs. | ) | APPLICATION FOR WRIT |
| | ) | OF HABEAS CORPUS AD |
| | ) | PROSEQUENDUM; ORDER |
| RONALD AUWAE, JR., | ) | DIRECTING ISSUANCE OF |
| | ) | WRIT OF HABEAS CORPUS |
| Defendant. | ) | AD PROSEQUENDUM; |
| | ) | WRIT OF HABEAS CORPUS |
| | ) | AD PROSEQUENDUM |

APPLICATION FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE PRESIDING JUDGE OF THE ABOVE-ENTITLED COURT:

Comes now the STATE OF HAWAI'I, by JEFFERSON R. MALATE, Deputy Prosecuting Attorney of the County and State of Hawai'i, and respectfully alleges as follows:

1. That a Complaint for Abuse of Family and Household Member was brought against the Defendant, said Complaint having been filed on January 22, 2007, in the Family Court of the Third Circuit, Hilo, Hawaii, in FC-CR No. 07-1-0027;

EXHIBIT B

MSM/WRIT/AUWAE, R

I hereby certify that this is a full, true and correct copy of the original on file in this office.

Clerk, Third Circuit Court, State of Hawaii

2. That Defendant has a plea hearing scheduled on Wednesday, June 27, 2007, at 8:30 a.m. at the Hilo Family Court of the Third Circuit, Hilo, Hawaii;

3. That said Defendant is now imprisoned as a federal prisoner and is detained at the Federal Detention Center, Honolulu, Hawai'i; and

WHEREFORE, Applicant prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus ad Prosequendum to the United States Marshall Service for the District of Hawai'i forthwith to make available to State of Hawai'i officials on Wednesday, June 27, 2007, the body of RONALD AUWAE, JR. for the purpose of a plea hearing; and

STATE OF HAWAI'I OFFICIALS, upon taking custody of said Defendant, to:

1. bring the said RONALD AUWAE, JR. before the Presiding Judge of the Family Court of the Third Circuit on Wednesday, June 27, 2007 at 8:30 a.m. and at any time or times deemed necessary in the further proceedings of FC-CR No. 07-1-0027;

2. return the said RONALD AUWAE, JR. to the Federal Detention Center, Honolulu, Hawai'i, into the custody of the United States Marshall on a mutually agreed upon date.

Dated: Hilo, Hawai'i, MAY 10 2007

STATE OF HAWAI'I

By _____
JEFFERSON R. MALATE
Deputy Prosecuting Attorney

MSM/WRIT/AUWAE, R