IN THE FAMILY COURT OF THE THIRD CIRCUIT

STATE OF HAWAI'I

| | | |
|---|---|---|
| STATE OF HAWAI'I | ) | FC-CR NO. 07-1-0027 |
| | ) | |
| vs. | ) | ORDER DIRECTING ISSUANCE |
| | ) | OF WRIT OF HABEAS CORPUS |
| RONALD AUWAE, JR., | ) | AD PROSEQUENDUM |
| | ) | |
| Defendant. | ) | |

ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed for in the foregoing Application.

Dated: Hilo, Hawai'i: MAY 1 0 2007.

BEN H. GADDIS (Seal)
ASSIGNED Judge of the above entitled court

MSM/WRIT/AUWAE, R