IN THE FAMILY COURT OF THE THIRD CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I ) | FC-CR NO. 07-1-0027 |
| ) | |
| vs. ) | WRIT OF HABEAS CORPUS |
| ) | AD PROSEQUENDUM |
| RONALD AUWAE, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: The Judge of the Family Court of the Third Circuit, State of Hawai'i:

UNITED STATES MARSHALL for the District of Hawai'i, or His Deputy

WARDEN, Federal Detenction Center, Honolulu, Hawai'i, or His Deputy

GREETINGS:

      We Command that you, UNITED STATES MARSHALL for the District of Hawaii, or your Deputy, produce the body of RONALD AUWAE, JR., who is being detained as a federal prisoner under your custody of said Defendant, to:

      1. bring the said Defendant before the Presiding Judge of the Family Court of the Third Circuit on Wednesday, June 27, 2007, at 8:30 a.m., or at any time or times deemed necessary in the further proceedings of FC-CR No. 07-1-0027;

      2. retain custody of the Defendant and he shall be confined with the Department of Public Safety, State of Hawai'i, until the final disposition of the said case; and thereafter

      3. return the said RONALD AUWAE, JR. to the custody of the United States Marshall, on a mutually agreed upon date, at which time this writ shall be deemed dissolved.

MSM/WRIT/AUWAE, R

WITNESS the Honorable Presiding Judge of the Family Court of the Third Circuit at Hilo, Hawai'i, and the seal of said Court this 10 day of May, 2007.

_Sharon I. Muranaka (Seal)_
Clerk, Family Court, Third Circuit
State of Hawai'i

ASSIGNED
BEN H. GADDIS [Seal]
Judge of the Family Court
Third Circuit, State of Hawai'i

MSM/WRIT/AUWAE, R