ORDER GRANTING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII
REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the foregoing Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus Ad Prosequendum, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer the physical custody of Defendant RONALD AUWAE, JR., to State of Hawaii Officials on June 27, 2007, for a plea hearing in FC-CR No. 07-1-0027, to be held before the Family Court of the Third Circuit on June 27, 2007, at 8:30 a.m., and at the conclusion of said proceeding to return said Defendant forthwith back to the United States Marshal Service, District of Hawaii.

DATED: Honolulu, Hawaii, _____MAY 1 7 2007_____.

_____
UNITED STATES MAGISTRATE JUDGE

United States of America v. RONALD AUWAE, JR.
Cr. No. 07-00169 JMS
Application and Order Regarding
Temporary Transfer of Custody
To the State of Hawaii RE: Writ
Of Habeas Corpus Ad Prosequendum

MSM/WRIT/AUWAE, R