| | | |
|---|---|---|
| **JAY T. KIMURA**<br>PROSECUTING ATTORNEY<br><br>**CHARLENE Y. IBOSHI**<br>FIRST DEPUTY<br>PROSECUTING ATTORNEY |  | 34 RAINBOW DRIVE<br>HILO, HAWAI'I 96720<br>PH: 961-0466<br>FAX: 961-8908<br>934-3403<br>934-3503<br><br>WEST HAWAI'I UNIT<br>81-980 HALEKI'I ST, SUITE 150<br>KEALAKEKUA, HAWAI'I 96750<br>PH: 322-2552<br>FAX: 322-6584 |

## OFFICE OF THE PROSECUTING ATTORNEY

May 14, 2007

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAY 16 2007
DISTRICT OF HAWAII

Clerk, U.S. District Court
300 Ala Moana Blvd.
Honolulu, HI 96813

Dear Sir/Madam:

Re:  State of Hawaii v. RONALD AUWAE, JR.
     CR. No. 07-00169 JMS

   Please find enclosed the original and four (4) copies of an Application and Order Regarding Temporary Transfer of Custody to the State of Hawaii Regarding Writ of Habeas Corpus Ad Prosequendum for Defendant RONALD AUWAE, JR.  Please have the Order signed by the Judge and filed. **We are requesting ONE (1) copy to be certified.**  Please return all filed documents to our office, in the enclosed, self-addressed, stamped envelope.

   **We are also requesting that the certification fee for the one (1) filed-stamped copy be waived.  The certified document is needed for the U.S. Marshal Service.**

   If you have any questions or wish to discuss this matter further, please call (808) 961-0466.  Thank you for your prompt attention to this matter.

                                             Sincerely,

                                             JEFFERSON R. MALATE
                                             Deputy Prosecuting Attorney

JRM/msm
enclosures

cc:  Chris Thomas, Assistant U.S. District Attorney
     (FAX: 541-2958 w/enclosure
     Mr. Wayne Kalima, United States Marshal Service
     (FAX: 541-3056 w/enclosure

Hawai'i County is an Equal Opportunity Provider and Employer