PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE     # 1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
RONALD AUWAE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 00-00195 HG-02 |
| | ) |
| Plaintiff, | ) MOTION FOR WITHDRAWAL |
| | ) AND SUBSTITUTION OF |
| vs. | ) COUNSEL; DECLARATION OF |
| | ) COUNSEL; CERTIFICATE OF |
| RONALD AUWAE, | ) SERVICE |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COMES NOW the defendant, Ronald Auwae, through counsel,

Pamela J. Byrne, Assistant Federal Defender, and moves this Honorable Court to

Court to withdraw the Office of the Federal Public Defender as counsel.

This motion is based upon the attached declaration of counsel and the files and records in this case.

DATED: Honolulu, Hawaii, June 8, 2007.

    /s/ Pamela J. Byrne
PAMELA J. BYRNE
Attorney for Defendant
RONALD AUWAE

## CERTIFICATE OF SERVICE

PAMELA J. BYRNE, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on June 8, 2007:

Served Electronically through CM/ECF:

CHRIS A. THOMAS
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, June 8, 2007.

/s/ Pamela J. Byrne
PAMELA J. BYRNE
Attorney for Defendant
RONALD AUWAE