IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 00-00195 HG-02 |
| | ) |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| | ) |
| vs. | ) |
| | ) |
| RONALD AUWAE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DECLARATION OF COUNSEL

I, PAMELA J. BYRNE, hereby declare as follows:

1.  I am counsel for defendant, Ronald Auwae, having been appointed pursuant to the Criminal Justice Act.

2.  An Order to Show Cause came on for hearing on April 13, 2007, for Mr. Auwae. At this hearing his supervised release was revoked and he was sentenced to imprisonment of eleven months, with twelve months of supervised release to follow.

3.  Since the hearing Mr. Auwae has contacted counsel several times to express his disagreement with the sentence imposed.

4. Counsel has addressed his questions and reiterated the legal rights to the sentence given him. However, Mr. Auwae continues to persist that counsel has not provided him with effective representation, advice or counseling.

5. It is not possible for counsel to continue to provide meaningful representation of Mr. Auwae in light of his opinions regarding my representation of him and the handling of his case, especially given his intent to appeal the revocation.

6. It would be in the interest of justice that this Court appoint new counsel for Defendant.

7. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, June 8, 2007.

  /s/ Pamela J. Byrne
PAMELA J. BYRNE
Attorney for Defendant
RONALD AUWAE