# MINUTES

CASE NUMBER:     CR NO. 00-00195HG

CASE NAME:       United States of America Vs. (02) Ronald Auwae

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Leslie E. Kobayashi          REPORTER:

DATE:      6/18/2007                    TIME:

COURT ACTION:  EO: As to Defendant (02) Ronald Auwae Motion for Withdrawal and Substitution of Counsel-Defendant was not produced by the U.S. Marshal's for this hearing.  The Motion is continued to 6/25/2007 @l0:30 a.m. before Judge Kobayashi.

Submitted by Leslie L. Sai, Courtroom Manager