# MINUTES

CASE NUMBER:      CR NO. 00-00195HG

CASE NAME:        USA vs. (02) RONALD AUWAE

ATTYS FOR PLA:    Chris A. Thomas

ATTYS FOR DEFT:   (02) Pamela J. Byrne

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:   FTR-Courtroom 7

DATE:    06/25/2007                   TIME:       10:42-10:43

COURT ACTION:  EP: Motion for Withdrawal and Substitution of Counsel - Defendant (02) Ronald Auwae present in custody.

Court questions Defendant. Motion Granted and terminated. CJA Atty Harlan Y. Kimura Apptd Atty. Pamela J. Byrne to prepare Order Granting Motion and Withdrawal and Substitution of Counsel.

Defendant (02) Ronald Auwae remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager