PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE     # 1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
RONALD AUWAE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 00-00195 HG-02 |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR |
| | ) | WITHDRAWAL AND |
| vs. | ) | SUBSTITUTION OF COUNSEL |
| | ) | |
| RONALD AUWAE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR**
**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

On June 25, 2007, a hearing was held on defense counsel's Motion to

Withdraw as Counsel.  Chris Thomas appeared on behalf of the United States and

Pamela J. Byrne, appeared with Defendant RONALD AUWAE.  The Court having

considered the pleadings filed by counsel, and the government having no objection to the motion, granted the motion.

IT IS HEREBY ORDERED THAT counsel's Motion for Withdrawal and Substitution of Counsel, be and is hereby granted and HARLAN KIMURA is hereby appointed as CJA counsel in the instant matter for all proceedings hereafter.

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawai`I, June 27, 2007.



    /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

APPROVED AS TO FORM ONLY:

/s/ Chris Thomas
CHRIS THOMAS
Assistant United States Attorney

UNITED STATES v. AUWAE, Cr. No. 00-00195 HG-02; Order Granting Motion for Withdrawal and Substitution of Counsel